### SKELLY OIL CO. et al. v. ODOM.

No. 18134. Opinion Filed June 5, 1928.

(Syllabus.)

**Limitation of Actions—Syllabus Adopted.**

Error from District Court, Stephens County; M. W. Pugh, Judge.

Action by H. C. Odom against the Skelly Oil Company et al. Judgment for plaintiff, and defendants bring error. Affirmed.

J. J. Hedrick, Joe S. Dickerson, Womack & Brown, John Rogers, Blakeney & Ambrister, and Karl Griffith, for plaintiffs in error.

H. B. Lockett, for defendant in error.

CLARK, J. The same questions involved in this case were presented to this court in Empire Gas & Fuel Co. et al. v. Lindersmith, No. 18246, this day decided by this court. The same reasoning and the same rules of law applied in No. 18246, supra, apply in the case at bar.

Upon authority of Empire Gas & Fuel Co. v. Lindersmith, 131 Okla. 183, 268 Pac. 218, this case is affirmed.

Note.—See under (1) 37 C. J. p. 725, §44.